IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUST ENERGY GROUP INC., COMMERCE ENERGY, INC. D/B/A JUST ENERGY, JUST ENERGY (U.S.) CORPORATION,<br>Plaintiffs,<br><br>v.<br><br>CLIFFORD L. WILLIAMS<br>Defendant. | Case No.: 2:12-cv-076<br><br>Judge: Edmund A. Sargus, Jr.<br><br>Magistrate Judge: Mark R. Abel<br><br>**AGREED FINAL JUDGMENT** |

Plaintiffs, Just Energy Group Inc., Commerce Energy, Inc. d/b/a Just Energy, and Just Energy (U.S.) Corporation (together, "Plaintiffs" or "Just Energy") and Clifford L. Williams, Individually ("Defendant"), pro se, have advised the Court that all matters currently in controversy between them have been compromised and settled and that in furtherance thereof, an Agreed Final Judgment should be entered.

Accordingly, it is therefore ORDERED, ADJUDGED AND DECREED that Plaintiffs' causes of action herein are DISMISSED WITH PREJUDICE. The parties shall bear their own court costs incurred herein.

All relief requested in this case and not granted herein is DENIED. This judgment disposes of all parties and all claims and is in all respects final; however, this Court shall retain jurisdiction over this matter for purposes of enforcing the Confidential Settlement Agreement.

SIGNED at _Columbus, Ohio_ this _21_ day of _February_, 2012.

_____
UNITED STATES DISTRICT JUDGE

1

**APPROVED AS TO FORM AND SUBSTANCE:**

*s/ Susan Grogan Faller*

Susan Grogan Faller (0017777)
Trial Attorney for Plaintiffs
Frost Brown Todd LLC
3300 Great American Tower,
301 East Fourth Street
Cincinnati, OH 45202
(513) 651.6941 (direct)
(513) 651.6981 (fax)
sfaller@fbtlaw.com

Clifford L. Williams
Pro Se Defendant

7917623v.1